UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTIS MAYS,<br><br>                    Petitioner,<br><br>         -against-<br><br>RIDDICK,<br><br>                    Respondent. | 25-CV-6904 (JGK)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

JOHN G. KOELTL, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court is directed to correct the docket to reflect that Respondent Warden of FCI Otisville is E. Rickard – not Riddick. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued. The Clerk is directed to mail a copy of the order to the petitioner at the following address and note mailing on the docket: FCI Otisville, PO Box 1000, Otisville, NY

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:   August 27, 2025                                         /s/ John G. Koeltl
             New York, New York

                                                                          JOHN G. KOELTL
                                                                          United States District Judge