UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTIS MAYS,

                              Petitioner,              25-cv-6904 (JGK)

              - against -                              ORDER

E. RICKARD,
                              Respondent.

JOHN G. KOELTL, District Judge:

    The Government should respond to the petitioner's emergency
motion (ECF No. 8) by **September 22, 2025.** The petitioner may
reply by **September 29, 2025.**

    The Clerk is directed to mail a copy of this Order to the
petitioner at the address on the docket sheet and note mailing
on the docket.

SO ORDERED.
Dated:    New York, New York
          September 16, 2025

                                   _____
                                        John G. Koeltl
                                   United States District Judge