```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

OTIS MAYS,

               Petitioner,        25-cv-6904 (JGK)

   - against -                      <u>ORDER</u>

E. RICKARD,

               Respondent.

---

**JOHN G. KOELTL, District Judge:**

    The petitioner's emergency motion for injunctive relief (ECF No. 8) to prevent the petitioner from being transferred to FCI Lewisburg is **dismissed** as moot. The Government advises that the petitioner has been transferred to FCI Pekin.

    The Clerk is respectfully requested update the petitioner's mailing address to: Otis Mays, Reg. No. 21955-041, FCI Pekin, Federal Correctional Institution, P.O Box 5000, Pekin, IL 61555.

    The Clerk is also directed to mail a copy of this order to the petitioner at his new mailing address and to note mailing on the docket.

    The Clerk is respectfully requested to close ECF No. 8.

SO ORDERED.
Dated:   New York, New York
          September 29, 2025

                                                  John G. Koeltl
                                      United States District Judge