UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTIS MAYS,

                            Petitioner,              25-cv-6904 (JGK)

          - against -                   ORDER

E. RICKARD,

                         Respondent.

JOHN G. KOELTL, District Judge:

The Government is directed to serve a copy of its opposition to the petition for writ of habeas corpus on the petitioner by **March 16, 2026,** and to file proof of service on the docket. The deadline for the petitioner to reply to the Government's opposition is extended to **April 6, 2026.** If no reply is filed, the petition will be decided on the current papers.

The Clerk is directed to mail a copy of this Order to the petitioner at the address on the docket sheet and note mailing on the docket.

SO ORDERED.
Dated:     New York, New York
            March 11, 2026

                                    John G. Koeltl
                        United States District Judge